**Inmate Id: 0061641** **Inmate Name: DAVID W ALMEIDA** **Sec: MED**

Incarceration No: 0019899 Area/Cell: SEG 01T

Job Code: SRG Level: Enemy Level:

(Exhibit #1A)
Boyd #2

**Discipline No: 000039306**

Infraction Date/Time: 3/06/2008 10:30:00 Infraction Sec: MED

Charging Staff Member: Skwirz

Place Of Infraction: MED Place Of Booking: segregation

ORIGINAL- Infraction Code: 149 Infraction CAT: VIOLENCE

Infractions Severity: HIGHEST(NON-PREDATORY)

Infractions Description:
Threatening an Employee or His/Her Family with Bodily Harm

Filed Date/Time: 3/06/2008 13:25:52 Inmate Demeanor: ARGUMENTATIVE

**Infraction Narrative:**

Inmate Almeida appeared before the Classification Board today for a possible downgrade. He is in Segregation for making threats to Warden Steve Boyd. In the presence of myself Bert Lachmann and Officer Joe Souza, inmate Almeida again made threats towards Warden Boyd. He stated he wanted to go to Maximum Security and if he had to stay in this building Warden Boyd was going to keep hearing from him. He stated " Warden Boyd can go fuck himself." "He can shove his fist up his ass". He was then excused from the board.

Witnesses: NONE

**S.O. REVIEW:** **READ BY: Hollis**

Inform Date: 03/06/2008 19:30:00 Hearing Date: 03/07/2008 09:00:00

Demeanor: ALOOF Inmate Plea: NOT GUILTY

Status AWT Hear: LFI DC Waive 24 Notice: YES

Req Rep Present: NO Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
That never happened.

**Superior's Comments:**
Warrants hearing based on Counselors report and interview with C/O Souza who witnessed the infraction.