Case 1:08-cv-00185-S-DLM Document 1-5 Filed 05/14/2008 Page 1 of 1

**Inmate Id: 0061641** **Inmate Name: DAVID W ALMEIDA** **Sec: MED**

Incarceration No: 0019899 Area/Cell: SEG 01T

Job Code: SRG Level: Enemy Level:

(Exhibit #2A)
Boyd #2

**Discipline No: 000039306**

Infractions Severity:

Infractions Description:

Hearing Off. Sig:

**POSTPONEMENT:**

Postponed To: 3/11/2008 00:00:00
witnesses

**HEARING:**

Hearing Date: 3/18/2008 09:28:28 Offender's Plea: NOT GUILTY

Rep Counselor: Kettelle

Req Witness: YES Waive 24 Notice: YES

– No witnesses produced

**Offender Statement:**
States that he feels that he did not have time to prepare for his hearing. The charges aga inst should be reduced as the comments made at the board were not threatening just a state mnt that if i have to stay in this building he woul be hearing from me. Denies adamantly t hat statements made were threatening the warden. I have had nothing but problems in this b uilding, I never had a problem in maximum, my intentions through my statements was to be d owngraded out of this building, not to threaten the warden. I feel this is retaliation and a set-up.

**Witness(s) Statement:**
Spoke to witnesses, C.O Sousa, K. Skirwiz,
States that statements made at the classificat ion board were noted on the report.
Inmate requested that board chairman be removed or pr ocedural errors as board chairman interviewed requested witnesses prior to hearing.(It sho uld be noted that witnesses backed up statements listed in original report) request was de niedbased on a time delay, and placing another chairman would cause this hearing to procee d from the beginning again.
Witness- Officer Martineau ( through counsler Kettle) Did I s tate that there was a possiblity that if i stayed in this building that i would have the o pportunity, i would say it to him again. Question: did I threaten the warden in that state ment,ANS: Inmate repeated to chairman lochman what was stated on the booking report, I did not hear him make threatening statements. Admitted to statements reported, just not in a threatening manner. I never made threats of bodily harm.

– previous Booking

**Officer's Statement:**
Based on report and past history of bookings involving Warden Boyd, Inmate admitted to mak ing statements of confronting the warden in the possible future, however: his statement of not meaning this in a threatening maner is erroneous as who knows what he would have done if he did not recieve this booking and start the process of down grade in motion and in f act recieve his down grade out of medium. Wether this was meant to be serious or as manipu lation to a goal is irrelevent, he has a past with the warden, and made staements that thi s would not end until he was removed from this building.

**Finding: GUILTY** **Class. Review: YES** **Req Ward Review: YES**

Infraction Code: 149 Infraction CAT: VIOLENCE