**DISP010.RPT** **R.I. DEPARTMENT OF CORRECTIONS** **DATE: 03/21/2008**
**PAGE 01**

*** Warden's Review Letter ***

(Exhibit 3 A)
Boyd #2

TO: INMATE DAVID W ALMEIDA 0061641
SECURITY MED SEG 01B

FROM: Michele Auger Deputy Warden Corrections
INFR SEC MED

SUBJECT: DECISION OF THE WARDEN'S REVIEW

BOOKING 0039306 3/06/2008 149 VIOLENCE

Threatening an Employee or His/Her Family with Bodily Harm

A REVIEW OF THE MATERIALS PERTAINING TO YOUR DISCIPLINE HEARING HAS RESULTED IN THE FOLLOWING DETERMINATION ON YOUR REQUEST FOR A WARDEN'S REVIEW

| HEARING DATE/TIME | WARDEN SIGN DATE/TIME |
|---|---|
| 3/18/2008 09:28:28 | 3/21/2008 10:31:41 |
| GUILTY | DENIED |

HEARING 149 Threatening an Employee or His/Her Family with Bodily Harm

HEARING SANCTIONS
DISCIPLINARY CONFINEMENT FOR 030 DAYS
LOSS OF GOOD TIME FOR 030 DAYS

RATIONALE BASED ON INFO/STMTS LETTER RECEIVED

Based on witness statements who were present during the classification board