From: David Almeida
#61641
Seg. #21
P.O. Box 8274 - A.C.I. Cranston
Cranston, R.I. 02920-0274

To: Federal District Court
Clerk of Courts
Exchange Terrace
Providence, R.I.

RE: David Almeida
v.
Ashbell T. Wall
D.r. Dept of
Corrections

Date: May 14, 2008.

Dear Clerk:

I had two (2) petitions mailed to the courts on Tuesday May 13, 2008. - Petitions for Writ of Habeas Corpus, 2254. -out of Providence

On the first petition - Boyd #1 - I inadvertantly forgot to sign and date page 6 of the Writ and page 11 of the memorandum in support of the writ.

With this letter I have included 3 hand written, signed and dated copies for inclusion with my original filings.
Sorry for the mix-up. David Almeida Pro-Se

guilt. And stated that my statement did not matter.

Ground Five: Written Disposition.

(a) Lacked sufficient information or rational for Finding of guilt, and reasons for punishment. (Exhibit #3)

Relief Sought

Due to all the Flagrant violations of petitioners constitutional protected rights. The biased and prejudicial actions by D.O.C. administrators and support staff. Petitioner requests that the misconduct convictions must be expunged from his records and all earned good time credits revoked as a result of the conviction must be restored.

I declare under penalty of perjury that the foregoing is true and correct and that Petition for Writ of Habeas Corpus was placed in mail on: May 6, 2008.

Executed ON: May 6th. 2008. David Almeida ProSE

P.O. Box 8274
Cranston, R.I. 02920-0274

# Verification

I, David Almeida, petitioner pro-se declare under penalty of perjury that the facts stated in the foregoing memorandum are true and correct.

Dated: May 6th, 2008. By: David Almeida Pro Se

David Almeida #61644
P.O. Box 8274
Cranston, R.I. 02920