United States District Court
For The District of Rhode Island

David Almeida, Petitioner : C.A. NO. 08-185S

VS. : Page 1 of 2

Ashbell T. Wall, Director, RI Dept of Corrections, Respondant :

Petitioners Motion To Object To Respondent's Motion To Dismiss

Now comes Petitioner David Almeida, Pro-Se, and Pursuant to Rule 12(b)(6) of Federal Rules of Civil Procedure, and for reasons argued and cited to in accompaning memorandum of law, respectfully requests that Respondent's Motion to dismiss be over-ruled as having No Foundation based upon acceptable legal arguements.

Respectfully Submitted:

David Almeida

P.O. Box 8273 - Cranston R.I 02920

Certification.

I hereby- certify that on the 6th. day of June 2008, I mailed a true copy of the within document to: Patricia A. Coyne-Fague, 40 Howard Ave, Cranston, R.I. 02920. Cert. Mail - Return Receipt NO: 7005 1820-0006-0504-3218.

David Almeida Petitioner Pro-SE