UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

David Almeida,
    Petitioner

v.                                                        C.A. No. 08-185S

Ashbel T. Wall, *Director Rhode Island Department of Corrections*,
    Respondent

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on December 5, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Respondent's Motion to Dismiss is GRANTED. This action is hereby DISMISSED.

                                               By Order,

                                               /s/ Wendy Neil
                                               Deputy Clerk

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 12/23/08